1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MELVERN RAFFELSON,

Plaintiff,

v.

NANCY A. BERRYHILL, Acting
Commissioner of Social Security,

Defendant.

CASE NO. C16-5947-JCC

ORDER REVERSING AND
REMANDING CASE FOR
FURTHER ADMINISTRATIVE
PROCEEDINGS

The Court, after careful consideration of the Report and Recommendation of the

Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record,

does hereby find and ORDER:

1. The Court ADOPTS the Report and Recommendation (Dkt. No. 17).

2. The Commissioner's decision is REVERSED and the case is REMANDED to the

   Social Security Administration for further proceedings consistent with the Report and

   Recommendation.

3. The Clerk shall provide copies of this Order to the parties and Judge Tsuchida.

//

//

//

ORDER REVERSING AND REMANDING CASE
FOR FURTHER ADMINISTRATIVE
PROCEEDINGS
PAGE - 1

1        DATED this 19th day of May 2017.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER REVERSING AND REMANDING CASE
FOR FURTHER ADMINISTRATIVE
PROCEEDINGS
PAGE - 2